# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CLARENCE SMITH, JR.,
ADC #132970                                                                                          PLAINTIFF

V.                                         5:12CV00269 SWW/JTR

CURTIS MEINZER,
Warden, Varner Super Max Unit, et al.                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's July 25, 2012 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 5th day of September 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE